**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                          In Bankruptcy

**PACK, STACEY L.**

                                        Case No. 06-58449 PJS
                                        Chapter 7
              Debtor                    Hon. Phillip J. Shefferly
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

TO:      THE CLERK OF THE COURT

        The attached check in the amount of $2,045.50 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the Party entitled to these unclaimed dividends is as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| 1.   Stacey Pack<br>15675 Pennsylvania<br>Riverview, MI 48193 | Exemptions | 2,045.50 |
| also sent to:<br><br>Stacey Pack<br>c/o Jason Smalarz, Attorney<br>Gold, Lange & Majoros<br>24901 Northwestern Hwy<br>Suite 444<br>Southfield, MI 48075 | | |
| | TOTAL: | $ 2,045.50 |

Dated: October 23, 2014

                                           /s/ K. Jin Lim, Trustee
                                           176 S. Harvey Street
                                           Plymouth, MI 48170
                                           (734) 416-9420
                                           kjinlimtrustee@comcast.net